UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Richard Arjun Kaul, M.D.,<br>  *Plaintiff*,<br><br>v.<br><br>Robert A. Marino, et al.,<br>  *Defendants*. | Civil Action No. 23-518<br>(MEF)(AME)<br><br><br>**ORDER** |

The Plaintiff filed a notice of voluntary dismissal on December 14. See ECF No.[28]. The Defendants have not yet filed an answer to the complaint, or a substantive response to the Plaintiff's motion for summary judgement. Therefore, under Fed. R. Civ. P. 41(a)(1)(A)(i) the case is dismissed without prejudice. See In re Bath & Kitchen Fixtures Antitrust Litig., 535 F.3d 161, 165 (3d Cir. 2008).

The Clerk of the Court shall serve this Order upon the Plaintiff by regular and certified mail return receipt.

IT IS on this 15th day of December, 2023, so **ORDERED**.

                 Michael E. Farbiarz, U.S.D.J.